UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 18-CR-10101-RWZ |
| | ) | |
| RAMON SOSA | ) | |

**DEFENDANT'S WITNESS LIST**

The defendant hereby offers the following as his list of possible witnesses:

1. Alicia Hutton, Investigator, Federal Public Defender Office, Boston

2. Ralph Bonano, Saugus, MA

The defendant reserves the right to supplement or amend these requests. The defendant also reserves the right to call any witnesses on the government's witness list.

Respectfully Submitted
RAMON SOSA
By His attorney,

*/s/Jessica P. Thrall*
Jessica P. Thrall, BBO #670412
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061

CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 31, 2019.

                                 */s/ Jessica P. Thrall*
                                 Jessica P. Thrall